FILED
GREAT FALLS DIV.

'07 APR 6 AM 8 23

PATRICK E. DUFFY, CLERK
BY _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| DOUGLAS R. BOESE,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BILL SLAUGHTER, Director, MDOC;<br>ROBERT PAUL, Contract Monitor<br>MDOC/CCC; JAMES MacDONALD,<br>Warden, CCA/CCC; KERI KINYON,<br>CCA/CCC Compliance Coordinator;<br>ALLISON VARNUM, Health Services<br>Administrator/Medical Director, CCA/CCC,<br><br>　　　　　　　　　Defendants. | No. CV-05-28-GF-SEH<br><br>**ORDER** |

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on March 5, 2007. Plaintiff filed objections on March 20, 2007. The Court reviews *de novo* findings and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 56.

-1-

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

Defendants Slaughter and Paul's Motion for Summary Judgment[2] and CCC Defendants' Motion for Summary Judgment[3] are GRANTED and all claims predicated on state law are DISMISSED.

The Clerk of Court is directed to enter judgment accordingly.

DATED this 5th day of April, 2007.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 25.

[3] Docket No. 29.

-2-